FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| HABAŞ SINAI VE TIBBI GAZLAR ISTIHSAL ENDÜSTRISI A.Ş., ) ) ) *Plaintiff,* ) ) v. ) ) THE UNITED STATES, ) ) *Defendant.* ) ) | **Court No. 21-00527**  **SUMMONS** |

TO:   The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiff in this action is Habaş Sinai ve Tibbi Gazlar Istihsal Endüstrisi A.Ş. ("Habaş" or "Plaintiff"). Habaş is a foreign producer of certain hot rolled steel flat products from the Republic of Turkey (the "subject merchandise"). Plaintiff actively participated in the proceeding before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and is an interested party pursuant to 19 U.S.C. § 1677(9)(A). Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). Therefore, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

2. **Brief Description of Contested Determination**

   Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Certain Hot-Rolled Steel Flat Products From the Republic of Turkey: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2018– 2019*, 86 Fed. Reg. 47058 (Dep't Commerce Aug. 23, 2021).

FORM 3-1

3. **Date of Determination**

The contested final antidumping duty results were issued by the Department of Commerce on August 17, 2021.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The final antidumping duty results were published on August 23, 2021.

Respectfully submitted,

**/s/ Matthew M. Nolan**
Matthew M. Nolan
Nancy A. Noonan
Diana Dimitriuc Quaia
Leah N. Scarpelli
Jessica R. DiPietro
John A. Gurtunca

ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6013

*Counsel to Habaş Sinai ve Tibbi Gazlar Istihsal Endüstrisi A.Ş.*

Dated:  September 20, 2021

**SERVICE OF SUMMONS BY THE CLERK**

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017).

Justin R. Miller
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230