## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| HABAŞ SINAI VE TIBBI GAZLAR ISTIHSAL ENDÜSTRISI A.Ş., | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) Court No. 21-00527 ) |
| *Defendant*, | ) ) ) |
| CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., and SSAB ENTERPRISES LLC, | ) ) ) ) |
| *Defendant-Intervenors*. | ) ) ) |

### NOTICE OF APPEAL

Notice is hereby given that Habaş Sinai Ve Tibbi Gazlar Istihsal Endüstrisi A.Ş., Plaintiff, in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Habaş Sinai Ve Tibbi Gazlar Istihsal Endüstrisi A.Ş. v. United States*, Court No. 21-00527, slip op. 23-133 (Ct. Int'l Trade Sept. 14,

AFDOCS:199088440.1

2023), ECF No. 67; Judgment Order, Court No. 21-00527 (Ct. Int'l Trade Sept. 14, 2023), ECF No. 68.

                Respectfully submitted,

                **/s/ Matthew M. Nolan**
                Matthew M. Nolan
                Leah N. Scarpelli
                Jessica R. DiPietro

                ARENT FOX LLP
                1717 K Street, NW
                Washington, D.C. 20006
                Tel.: 202-857-6301

                *Counsel to Habaş Sinai Ve Tibbi*
                *Gazlar Istihsal Endüstrisi A.Ş.*

November 13, 2023