# United States Court of Appeals for the Federal Circuit

---

**HABAS SINAI VE TIBBI GAZLAR ISTIHSAL ENDUSTRISI A.S.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC,**

*Defendants-Appellees*

---

2024-1158

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00527-MMB, Judge M. Miller Baker.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 29, 2025
Date

Jarrett B. Perlow
Clerk of Court