# United States Court of Appeals for the Federal Circuit

---

**HABAS SINAI VE TIBBI GAZLAR ISTIHSAL ENDUSTRISI A.S.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC,**

*Defendants-Appellees*

---

2024-1158

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00527-MMB, Judge M. Miller Baker.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 29, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $33.60 and taxed against the appellant.

FOR THE COURT

September 19, 2025
Date

Jarrett B. Perlow
Clerk of Court